UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

E L Hendrix
Plaintiff

vs                                    Civil Action No.

Verizon Communications
Defendant

## COMPLAINT

The Plaintiff, having residence at 50 Franklin Street, Worcester, Ma., 01608, canceled the previous internet service provided by the Defendant, Verizon Communications, having corporate offices at 140 West Street, New York, NY, 10007, on August 16th of 2011. Being that the Defendant has continued to bill and currently has involved a collection agency for an account which no longer exists, the Plaintiff hereby brings suit against the Defendant for false allegation and negligence in that said Defendant has failed to live up to their obligation to record the cancellation of the account. The actions of the Defendant damage the credit of the Plaintiff which have serious repercussions. Therefore the Plaintiff brings suit against the Defendant for monetary damages in the amount of $20,000,000.

Date 7/31/12                          Signature E L Hendrix